IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CALIB J. SCOTT,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No.  5D22-1043
LT Case No. 2019-303509-CFDB

_____/

Decision filed June 13, 2023

Appeal from the Circuit Court
for Volusia County,
Dawn D. Nichols, Judge.

Matthew J. Metz, Public Defender, and Darnelle Paige Lawshe, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Richard A. Pallas, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., EDWARDS and SOUD, JJ., concur.